| | | |
|---|---|---|
| People v Simpson | App Term, 1st Dept: 53 Misc 3d 148(A) (NY) | denied 2/23/17 (Fahey, J.) |
| People v Smith | 2d Dept: 143 AD3d 1005 (Nassau) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Spragion | App Div, 2d Dept: 2016 NY Slip Op 91144(U) (Kings) | dismissed 2/21/17 (Fahey, J.) |
| People v Steiniger | 4th Dept: 142 AD3d 1320 (Steuben) | denied 2/3/17 (Fahey, J.) |
| People v Stevens | County Ct, 11/17/16 (Cortland) | denied 2/9/17 (DiFiore, Ch. J.) |
| People v Stroud | 2d Dept: 144 AD3d 1056 (Kings) | denied 2/21/17 (DiFiore, Ch. J.) |
| People v Suazo | 1st Dept: 144 AD3d 405 (NY) | denied 2/14/17 (DiFiore, Ch. J.) |
| People v Sumter | 2d Dept: 145 AD3d 803 (Queens) | denied 2/21/17 (Fahey, J.) |
| People v Suruy | 2d Dept: 144 AD3d 951 (Suffolk) | denied 2/22/17 (Abdus-Salaam, J.) |
| People v Telfair | 2d Dept: 144 AD3d 712 (Kings) | denied 2/24/17 (Rivera, J.) |
| People v Terrance | 4th Dept: 144 AD3d 1548 (Monroe) | denied 2/23/17 (Stein, J.) |
| People v Thompson | 2d Dept: 143 AD3d 1007 (Suffolk) | denied 2/23/17 (Stein, J.) |
| People v Townsend | 3d Dept: 144 AD3d 1196 (Broome) | denied 2/1/17 (Abdus-Salaam, J.) |
| People v Turner | 2d Dept: 145 AD3d 745 (Kings) | denied 2/15/17 (Garcia, J.) |
| People v Tweedy | County Ct, 12/9/16 (Onondaga) | dismissed 2/24/17 (Rivera, J.) |
| People v Tyson | 1st Dept: 144 AD3d 441 (NY) | denied 2/21/17 (Stein, J.) |
| People v Van Kleeck | App Div, 3d Dept: 2016 NY Slip Op 94546(U) (Sullivan) | dismissed 2/28/17 (DiFiore, Ch. J.) |
| People v Vasquez | App Div, 4th Dept, 12/12/16 (Ontario) | dismissed 2/21/17 (Stein, J.) |
| People v Velazquez | 1st Dept: 143 AD3d 126 (NY) | denied 2/15/17 (Abdus-Salaam, J.) |
| People v Washington | 4th Dept: 144 AD3d 1562 (Onondaga) | denied 2/13/17 (Stein, J.) |
| People v Watson | 1st Dept: 144 AD3d 401 (NY) | denied 2/16/17 (Rivera, J.) |
| People v Wells | 3d Dept: 141 AD3d 1013 (Schenectady) | denied 2/23/17 (DiFiore, Ch. J.) |
| People v Williams (Larry) | App Div, 4th Dept: 2016 NY Slip Op 92943(U) (Onondaga) | dismissed 2/15/17 (Stein, J.) |
| People v Williams (Mario) | 4th Dept: 144 AD3d 1616 (Oneida) | denied 2/21/17 (Garcia, J.) |